**IN THE UNITED STATES BANKRUPTCY COURT**
Southern District of Ohio

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case No. 2: 14-bk-58614 |
| Roby Durr } | |
| } | |
| } | Chapter 13 |
| } | |
| **Debtor(s)** } | |

**Notice of Change of Address**

My Former Mailing Address was:

Name:      Roby Durr

Street:        1239 Oakland Park Dr.

City, State, Zip: Columbus, OH 43224


**Please be advised that effective October 6, 2015
my new mailing address is:**

Name:      Roby Durr

Street:        3275 Orleans Dr.

City, State ,Zip: Columbus, OH 43224-3325


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was sent by electronic mail on October 6, 2015 to the following:

**Trustee:**
Frank M. Pees
130 East Wilson Bridge Road
Suite 200
Worthington, OH 43085
**US Trustee:**
Office of the US Trustee
170 N. High Street
Suite 200
Columbus, OH 43215

**Served by Regular US Mail:**

**Debtor:**
Roby Durr
3275 Orleans Dr.
Columbus, OH 43224-3325

Respectfully Submitted,

/s/ Erin E. Schrader
Erin E. Schrader (0078078)
Rauser & Associates
5 East Long St., Suite 300
Columbus, OH 43215
(614) 228-4480