# IN THE UNITED STATES BANKRUPTCY COURT
## Southern District of Ohio

**In the Matter of:**                          }
                                               }      Case No.: 14-58614
Roby Durr                                      }
                                               }
                                               }      Chapter 13
                                               }
**Debtor(s)**                                  }

### Notice of Change of Address

**My Former Mailing Address was:**

Name:        Roby Durr

Street:        3275 Orleans Dr.

City, State, Zip: Columbus, OH 43224

**Please be advised that effective February 1, 2017**
**my new mailing address is:**

Name:        Ruby Durr

Street:        1361 Baja Lane

City, State, Zip:   Columbus, OH 43224

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing was sent by electronic mail on February 1, 2017 to the following:

**Trustee:**
Frank M Pees
130 East Wilson Bridge Road
Suite 200
Worthington, OH 43085
**US Trustee:**
Office of the US Trustee
170 N. High Street
Suite 200
Columbus, OH 43215

<u>**Served by Regular US Mail:**</u>

**Debtor:**
Roby Durr
1361 Baja Lane
Columbus, OH 43204

Respectfully Submitted,
<u>/s/ Erin E. Schrader</u>
Erin E. Schrader (0078078)
Rauser & Associates
5 East Long St., Suite 300
Columbus, OH 43215
(614) 228-4480